**Exhibit A to Short Form Complaint** *In re: Aqueous Film-Forming Foams Products Liability Litigation MDL 2873*[1]

|   | Plaintiff Name (if Injured Party is Deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name")[2] | DOB (of injured Party) | State of Residence | Home Venue (per 5) | Direct Exposure to AFFF (per 6) | Exposure to contaminated drinking water | Firefighter Turnout Gear | Alleged Injury/ies (per 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer | Causes of action (please indicate via Count number) (per 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Alexander, Carolyn | 9/27/1946 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 2 | Barker, Janet | 11/3/1944 | MA | District of Massachusetts | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 3 | Bethea, Maria | 12/25/1960 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 4 | Bickel, Matthew | 7/2/1981 | IL | Central District of Illinois | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 5 | Binz, Ronald | 8/23/1948 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 6 | Bloor, William | 8/18/1950 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 7 | Bowen, James | 7/21/1960 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX, XII |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| # | Name | DOB | State | District | | | | Diagnosis | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Bowman, Lauren | 2/26/1989 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 9 | Bredlow, Donald | 11/11/1954 | PA | District of Maryland | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 10 | Brickley, Payson | 1/24/1947 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 11 | Carlson, Danielle | 1/12/1958 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 12 | Carrillo, Justin | 1/12/1989 | TX | Western District of Texas | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 13 | Casper, Carol | 5/11/1973 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 14 | Chapman, Derick | 9/5/1963 | AL | Northern District of Alabama | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 15 | Clark, Anne | 9/5/1963 | WA | Washington Western District | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 16 | Claudio Rosario, Hipolito | 4/2/1964 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 17 | Colabella, Michael | 1/15/1964 | SC | Eastern District of New York | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 18 | Coleman, Lachelle | 10/31/1961 | CA | Central District of | No | Yes | No | Kidney Cancer | Counts I-IX, XII |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | California | | | | | |
| 19 | Colon, Angelo | 6/23/1968 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 20 | Conway, Steven | 3/15/1985 | MI | Eastern District of Michigan | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 21 | Cook, Kelly | 4/25/1968 | CA | Northern District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 22 | Cooper Jr, Thomas | 12/27/1949 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 23 | Coughlin, Thomas | 3/2/1968 | TN | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 24 | Cox, Caleb | 12/21/1999 | NC | Eastern District of North Carolina | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 25 | Crenshaw, Kendall | 11/21/1989 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 26 | Crews, Donald | 12/28/1954 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 27 | Curry, Donald | 3/12/1963 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 28 | Dalton, Mark | 3/23/1973 | VA | District of Maryland | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 29 | Davis, James | 10/1/1951 | AL | Middle District of | No | Yes | No | Kidney Cancer | Counts I-IX, XII |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Alabama | | | | | |
| 30 | Dawes Jr, Roy | 10/21/1965 | KY | Western District of Kentucky | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 31 | Delaricheliere, Rene | 9/13/1944 | MN | District of Nevada | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 32 | Dennis, Jeannie | 6/15/1952 | FL | Western District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 33 | Dietrich, Donald | 2/4/1969 | NY | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 34 | Donoghue, Kathleen | 3/15/1958 | FL | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 35 | Dootson, Scott | 12/18/1972 | WA | Western District of Washington | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 36 | Duplechan, Danielle | 10/18/2002 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 37 | Eleri, Maya | 8/16/2004 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 38 | Engelhardt, Matthew | 8/11/1966 | NY | Eastern District of New York | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 39 | Espinosa, Cindy | 11/11/1957 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 40 | Evans, Paul | 1/4/1977 | NM | Northern District of | No | Yes | No | Testicular Cancer | Counts I-IX, XII |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Texas | | | | | |
| 41 | Fleming, Sally o/b/o Fleming, Robert | 1/4/1957 | MA | District of Massachusetts | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 42 | Foraker, Lisa | 11/8/1971 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 43 | Ford, Coy | 10/18/1966 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 44 | Frid Gorin, Marina | 8/30/1961 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 45 | Frost, Robin | 10/28/1951 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 46 | Gabaldon, Rickey | 3/15/1963 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 47 | Garcia, Rosale | 2/2/1958 | AZ | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 48 | Gentry, Judy | 11/26/1961 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 49 | Gilbert, Kenneth | 9/15/1972 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 50 | Golomb, Mitchell | 9/26/1967 | TX | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 51 | Goodwill, Dennis | 10/25/1959 | PA | Western District of | No | Yes | No | Kidney Cancer | Counts I-IX, XII |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Pennsylvania | | | | | |
| 52 | Hake, Richard | 11/21/1961 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 53 | Harris, Mary | 5/9/1947 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 54 | Harrison, Donna | 9/27/1960 | GA | Southern District of Florida | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 55 | Hogue, Larry | 12/18/1953 | TX | Middle District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 56 | Holiday, Jerome | 8/30/1961 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 57 | Hough, Shaun | 2/14/1970 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 58 | Jackson jr, Raephel | 5/7/1995 | CA | Northern District of California | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 59 | Jackson, Kimberly | 7/6/1983 | AL | Southern District of Alabama | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 60 | James, Kenneth | 3/29/1953 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 61 | Jeffery, Sammy | 4/20/1950 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 62 | Jenkins, Lisa | 9/4/1963 | CO | Middle | No | Yes | No | Kidney Cancer | Counts I-IX, XII |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Georgia | | | | | |
| 63 | Johnson, Larry | 3/7/1952 | AL | Southern District of Florida | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 64 | Kaiser, Carly | 10/25/1980 | IN | Southern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 65 | Kately, Shayna | 1/23/1993 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 66 | Key, Cleveland | 12/13/1994 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 67 | King, Robert | 8/20/1961 | MO | Eastern District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 68 | Knight, Jo | 10/5/1948 | MD | District of Maryland | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 69 | Koss, Donna | 1/10/1960 | WI | District of Minnesota | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 70 | Lang, Robert | 11/26/1956 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 71 | Long, Randall | 4/4/1973 | AL | Northern District of Alabama | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 72 | Lord, George | 2/26/1947 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 73 | Lyons, Benjamin | 11/21/1983 | KY | Western | No | Yes | No | Testicular Cancer | Counts I-IX, XII |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Kentucky | | | | | |
| 74 | Mackie, Shaun | 3/22/1959 | MA | Northern District of New York | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 75 | Marbry Jr., Arnold | 7/3/1952 | ID | District of Idaho | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 76 | Mayberry, Kigh | 10/29/1997 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 77 | McBride, Michael | 11/7/1949 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 78 | McCormick, Ricky | 8/4/1959 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 79 | Mccoy, Michael | 11/1/1966 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 80 | McManus, Mary | 7/18/1957 | CT | District of Connecticut | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 81 | Mikolajczyk, Andrew | 8/31/1975 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 82 | Moler, Joshua | 8/2/1987 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 83 | Moreno, Alice | 1/4/1959 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 84 | Muniz, Dianne | 6/1/1951 | CA | District of | No | Yes | No | Kidney Cancer | Counts I-IX, XII |

| | | | | Arizona | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 85 | Napoleon, Jon | 11/17/1985 | CA | Central District of California | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 86 | Ogilvie, Patricia | 9/30/1946 | GA | Middle District of Georgia | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 87 | Olenik, Stephen | 8/5/1965 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 88 | Paradise, Susan | 10/21/1950 | NY | Northern District of New York | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 89 | Parrott, Chadwick | 9/1/1974 | SC | Southern District of Georgia | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 90 | Perrille, Judy | 3/15/1964 | ME | District of Maine | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 91 | Pierce, Pattie | 8/9/1955 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 92 | Polk, Latricia | 3/9/1960 | MS | Southern District of Mississippi | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 93 | Reddick, Kotona | 10/14/1988 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 94 | Richman, Stephen | 5/23/1946 | PA | Northern District of New York | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 95 | Ridgeway, Nytierah | 9/5/1997 | CA | Central District of | No | Yes | No | Kidney Cancer | Counts I-IX, XII |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | California | | | | | |
| 96 | Rigsby, Gloria | 7/10/1950 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 97 | Risper, James | 7/17/1957 | VA | Eastern District of Virginia | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 98 | Roberts, William | 5/25/1987 | CO | District of Colorado | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 99 | Rogers, Gloria | 4/16/1946 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 100 | Roos, Gregory | 11/19/1951 | CA | Northern District of California | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 101 | Rosas, Jose | 1/9/1979 | CT | District of Connecticut | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 102 | Rudnick, Ronald | 8/16/1950 | MA | District of Massachusetts | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 103 | Rush, Beverly | 6/22/1947 | VA | Western District of Virginia | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 104 | Russell, Kerry | 5/1/1952 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 105 | Sheridan, Karen | 1/8/1959 | PA | Middle District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 106 | Simien-Williams, Valarie | 4/28/1969 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 107 | Smith Sr, Gregory | 7/21/1957 | NC | Middle | No | Yes | No | Kidney Cancer | Counts I-IX, XII |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | District of North Carolina | | | | | |
| 108 | Soco, Mary | 8/29/1956 LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 109 | Speegle, Lynn | 6/3/1957 MS | Southern District of Mississippi | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 110 | Staley, Willie | 7/16/1945 GA | Northern District of Georgia | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 111 | Stanford, Deatrick | 12/9/1970 TX | Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 112 | Swearingen, Donald | 2/3/1948 OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 113 | Taylor, Sally | 4/4/1959 UT | District of Utah | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 114 | Thompson, Gayle | 6/11/1955 WA | Western District of Washington | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 115 | Vanginhoven, John | 7/24/1962 FL | Southern District of Florida | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 116 | Vargas, Daniel | 9/14/1988 NV | Northern District of California | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 117 | Vitale, Mason | 11/16/1976 LA | Eastern District of | No | Yes | No | Kidney Cancer | Counts I-IX, XII |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Louisiana | | | | |
| 118 | Wallace, Eva | 12/18/1963 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 119 | Walters, Frederick | 11/8/1946 | CT | District of Connecticut | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 120 | Webson, Abraham | 12/8/1991 | NY | Northern District of New York | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 121 | Wein, Jeff | 5/3/1962 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 122 | Whitley, Ray | 10/14/1957 | OK | Northern District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 123 | Wiberg, Zachary | 3/31/1983 | CA | Central District of California | No | Yes | No | Testicular Cancer | Counts I-IX, XII |
| 124 | Wilkins, Jeffrey o/b/o Wilkins, Dianne | 2/18/1951 | MA | District of Massachusetts | No | Yes | No | Kidney Cancer | Counts I-IX, XII |
| 125 | Willeford, Stella | 11/19/1965 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer | Counts I-IX, XII |